IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HYBRID AUDIO, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | Civil Action NO. 1:17-cv-1463-GMS |

## JOINT STIPULATION OF DISMISSAL

Defendant Nvidia Corporation ("Defendant") hereby files this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the parties upon the filing of a joint stipulation without order of court. Accordingly, the parties request that the Court dismiss this action with prejudice pursuant to Rule 41(a)(1). Each side shall bear its own costs and fees.

| | |
|---|---|
| Dated: April 2, 2018 | Respectfully submitted, |
| DEVLIN LAW FIRM LLC | FISH & RICHARDSON P.C. |
| /s/ *Timothy Devlin* <br> Timothy Devlin (No. 4241) <br> 1306 N. Broom Street, 1st Floor <br> Wilmington, DE 19806 <br> Tel: (302) 449-9010 <br> tdevlin@devlinlawfirm.com <br><br> *Attorneys for Plaintiff,* <br> *Hybrid Audio, LLC* | /s/ *Susan E. Morrison* <br> Susan E. Morrison (No. 4690) <br> 222 Delaware Avenue, 17th Floor <br> Wilmington, DE 19801 <br> Tel: (302) 652-5070 <br> morrison@fr.com <br><br> *Attorneys for Defendant,* <br> *NVIDIA Corporation* |

SO ORDERED this _____ day of _____, 2018.

_____
Honorable Gregory M. Sleet
U.S. District Judge